# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF ST. CLAIR SHORES POLICE AND FIRE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated; et al., | No. 04-56791<br>D.C. No. CV-03-08236-AHM<br>CV-03-08946-AHM<br>CV-03-09291-AHM<br>Cv-03-09628-AHM |
| Plaintiffs, | |
| and | |
| ANCHOR CAPITAL ADVISORS, | **JUDGMENT** |
| Plaintiff - Appellee, | |
| PENSION FUNDS, Employer-Teamsters Local Nos. 175 and 505 Pension Trust Fund, International Union of Operating Engineers, Local 132 Pension Plan, and the West Virginia Laborers Pension Trust Fund, |  |
| Intervenor - Appellant, | |
| v. | |
| WATSON PHARMACEUTICALS INC.; et al., | |
| Defendants - Appellees, | |
| and | |
| EMKAY INC.; et al., | |
| Real Parties in Interest. | |

Stamp: RECEIVED CLERK, U.S. DISTRICT COURT NOV 21 2007 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 08/16/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST